IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. CR23-3038-LTS-KEM |
| ) | |
| vs. ) | |
| ) | |
| TYLER NICHOLAS MERIWEATHER, ) | |
| ) | |
| Defendant. ) | |

**GOVERNMENT'S SENTENCING MEMORANDUM**

**I. WITNESSES**

The government does not plan to call any witnesses.

**II. EXHIBITS**

The government does not intend to offer any exhibits.

**III. ISSUES**

The only contested sentencing guideline issue outlined in the final presentence report (PSR) was the base offense level. (PSR ¶ 22). The PSR scored the base offense level at 14, while the government contended the evidence supported a base offense level of 20 pursuant to USSG §2K2.1(a)(4)(B). The parties have met and conferred and agree the appropriate base offense level is 20. After application of a two-level enhancement for the offense involving three firearms (PSR ¶ 23), and a three-level reduction for acceptance of responsibility (PSR ¶¶ 29-30), the total offense level is now 19. With a criminal history category I, the sentencing guideline range is 30 to 37 months' imprisonment.

Regarding sentencing, the parties have agreed to make a non-binding recommendation of 30 months' imprisonment followed by one year term of supervised release. There was no agreement to a fine, if any.

Finally, the parties agree defendant breached the plea agreement by committing a new law violation (theft) while on release pending sentencing. (Dkts. 42 at ¶25, ¶26; 69, 80). However, the parties wish to proceed with the plea agreement with its original terms. At this time, the government still intends to make a motion for a third level of reduction for acceptance of responsibility pursuant to USSG §3E1.1(b).

## IV. CONCLUSION

A sentence of 30 months' imprisonment followed by one year of supervised release is appropriate and not greater than necessary.

TIMOTHY T. DUAX
United States Attorney

By: /s/ *Patrick T. Greenwood*

PATRICK T. GREENWOOD
Assistant United States Attorney
600 Fourth Street, Suite 670
Sioux City, IA 51101
(712) 255-6011
(712) 252-2034 (fax)
Patrick.Greenwood@usdoj.gov

CERTIFICATE OF SERVICE

I certify that I electronically served a copy of the foregoing document to which this certificate is attached to the parties or attorneys of record on September 10, 2024.

UNITED STATES ATTORNEY

BY:   s/Jean Wordekemper